**STATE of Missouri, Respondent,**

v.

**Francis JERSCHEID, Appellant.**

**No. WD 46776.**

Missouri Court of Appeals,
Western District.

Aug. 24, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of robbery first degree and armed criminal action, §§ 569.020 and 571.015, RSMo 1986, and concurrent sentences of twenty-five years and seven years.

Judgment affirmed. Rule 30.25(b).